IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV62-MOC-DSC

| | |
|---|---|
| SHERIF KOROLOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNSON CONTROLS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (documents #8 and 9) filed February 23, 2012 requesting admission of attorneys Leonard Vincent Feigel and Dabney D. Ware to represent Defendant. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>.

**SO ORDERED**.

Signed: February 23, 2012

David S. Cayer
United States Magistrate Judge